IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHIYING ZOU | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-698-Y |
| | § | |
| FIRST COMMUNITY INSURANCE | § | |
| COMPANY | § | |

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the parties' joint stipulation of dismissal (doc. 28) this case is **DISMISSED with prejudice**. The parties shall each bear their respective costs and attorney's fees.

The clerk of the Court shall transmit a true copy of this judgment to the parties.

SIGNED January 31, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE